ORIGINAL

United States District Court
Central District of California

UNITED STATES OF AMERICA vs. | Docket No. SA CR 02-95 VAP

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ENTERED
CLERK, U S DISTRICT COURT
MAY 29 2002
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
DEPUTY

| | | | |
|---|---|---|---|
| Defendant | ROQUE CHAMU-BAUTISTA | Social Security No | None |
| akas | | | |
| & Residence Address | Metropolitan Detention Center<br>535 N Alameda Street<br>Los Angeles, CA 90012 | Mailing Address | Same |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

ENTER ON ICMS
MAY 29 2002

In the presence of the attorney for the government, the defendant appeared in person on this date

| MONTH | DAY | YEAR |
|---|---|---|
| 5/20/02 | | |

| | |
|---|---|
| COUNSEL | [X] WITH COUNSEL — Leon Peterson, DFPD (Name of Counsel) |
| PLEA | [X] GUILTY, and the court being satisfied that there is a factual basis for the plea [ ] NOLO CONTENDRE [ ] NOT GUILTY |
| FINDING | There being a finding/verdict of [X] GUILTY, defendant has been convicted as charged of the offense(s) in Violation of 8 USC 1325(a) Improper Entry by Alien, as charged in Count 1 and 2 of the Information |
| SPECIAL ASSESSMENT | It is ordered that the defendant shall pay to the United States a special assessment of $110, which is due immediately |
| FINE | Pursuant to Section 5E1 2(e) of the Guidelines, all fines are waived as it is found that the defendant does not have the ability to pay a fine |
| JUDGMENT AND PROB / COMMITMENT ORDER | The Court asked whether defendant had anything to say why judgment should not be pronounced and the defendant addressed the Court Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that |

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby committed on Counts 1 and 2 of the Information to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months This term consists of six months on Count 1 and 24 months on Count 2, to be served consecutively

Upon release from imprisonment defendant shall be placed on supervised release for a term of one (1) year on Count 2 only, under the following terms and conditions

1 The defendant shall comply with the rules and regulations of the U S Probation Office and General Order 318,

2 The defendant shall refrain from any unlawful use of a controlled substance As directed by the Probation Officer, the defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,

3 The defendant shall comply with the rules and regulations of the Immigration and Naturalization Service (INS), and when deported from this country, either voluntarily or involuntarily, not reenter the United States illegally The defendant is not required to report to the Probation Office while residing outside of the United States, however, within 72 hours of release from any custody or any reentry to

26

United States District Court
Central District of California

UNITED STATES OF AMERICA
vs

Docket No. SA CR 02-95 VAP

Defendant ROQUE CHAMU-BAUTISTA

DATE: May 20, 2002

**JUDGMENT AND PROBATION/COMMITMENT ORDER**

Continued from Page 1

the United States during the period of Court-ordered supervision, the defendant shall report for instructions to the U S Probation Office, located at

United States Court House
312 North Spring Street, Suite 700
Los Angeles, California 90012

-or-

United States Court House
411 West Fourth Street, 4th Floor
Santa Ana, California

The matter is referred to the Probation Office for the preparation of a post-sentence investigation concerning defendant's criminal history only

**In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release set out on the reverse side of this judgment be imposed The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.**

☐ This is a direct commitment to the Bureau of Prisons, and the Court has NO OBJECTION should the Bureau of Prisons designate defendant to a Community Corrections Center

Signed by. U S. District Judge ______________________
VIRGINIA A. PHILLIPS

It is ordered that the Clerk deliver a certified copy of this Judgment and Probation/Commitment Order to the U S Marshal or other qualified officer

Sherri R Carter, Clerk

Dated/Filed May 20, 2002

By ______________________
Jim Holmes, Relief Courtroom Deputy Clerk

U. S. A. vs Defendant ROQUE CHAMU-BAUTISTA

Docket No. SA CR 02-95 VAP

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment

1 The defendant shall not commit another Federal, state or local crime,

4 the defendant shall not leave the judicial district without the written permission of the court or probation officer,

5 the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month,

6 the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer,

7. the defendant shall support his or her dependants and meet other family responsibilities,

8 the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons,

9 the defendant shall notify the probation officer within 72 hours of any change in residence or employment,

10 the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician,

11 the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered,

12 the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer,

13 the defendant shall permit a probation officer to visit him c her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer,

14 the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer,

15 the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court,

16 as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement,

17 the defendant shall not possess a firearm or other dangerous weapon,

18 the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours

These conditions are in addition to any other conditions imposed by this Judgment

## RETURN

I have executed the within Judgment and Commitment as follows

Defendant delivered on ______________________ to ______________________

Defendant noted on appeal on ______________________

Defendant released on ______________________

Mandate issued on ______________________

Defendant's appeal determined on ______________________

Defendant delivered on ______________________ to ______________________

at ______________________, the institution designated

by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment

UNITED STATES MARSHAL

DATED ______________________

BY ______________________

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody

CLERK, U S DISTRICT COURT

# NOTICE PARTY SERVICE LIST

**Case No.** SACR02-95-VAP **Case Title** USA -v- CHAMU-BAUTISTA

**Filed Date** 5/20/02 **Title of Document** Criminal ~~Minute Order and~~ J & C Order

| | |
|---|---|
| | Atty Sttlmnt Officer |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| ~~√~~ | ~~BOP (Bureau of Prisons)~~ |
| | Calderon, Arthur - Warden, San Quentin |
| | CAAG (California Attorney General's Office - Susan Frierson, L A Death Penalty Coordinator) |
| | CA St Pub Defender (Calif State PD) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Adm |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/ C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| √ | Fiscal Section |
| | Intake Supervisor |
| | Interpreter Section |
| √ | PSA (Pretrial Services Agency) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |
| | Stratton, Maria - Federal Public Defender |
| | US Attorneys Office - Civil Division -L A |
| | US Attorneys Office - Civil Division - S A |
| √ | US Attorneys Office - Criminal Division -L A |
| | US Attorneys Office - Criminal Division -S A |
| | US Bankruptcy Court |

| | |
|---|---|
| | US Marshal Service - Los Angeles |
| | US Marshal Service - Santa Ana |
| √ | US Marshal Service - Riverside |
| √ | US Probation Office |
| | US Trustee's Office |

| | |
|---|---|
| | ***ADD NEW NOTICE PARTY (* print name and address below):*** |

**ENTER D'S ATTY OF RECORD - HERE**

______________________

______________________

______________________

* *Print name & address of the notice party if this is the first time this notice party is being served through Optical Scanning Print **ONLY** the name of the notice party if documents have previously been served on this notice party through Optical Scanning*

| | |
|---|---|
| | ***JUDGE / MAGISTRATE JUDGE (list below):*** |
| | |
| | |
| | |
| | |

**Initials of Deputy Clerk** Jh